

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:        Johnnie Aguilar v. Teri Breckeridge

Appellate case number:    01-12-00316-CV

Trial court case number:  10-CCV-042016

Trial court: County Court at Law No. 2 of Fort Bend County

In the above referenced appeal, Plaintiff's exhibits 1 through 5 were admitted into evidence at trial.

The Fort Bend County Clerk or the court reporter if the exhibits are still in his or her possession, is directed to send the original of Plaintiff's Exhibits Nos. 1, 2, 3, 4, and 5 to this Court. The Clerk of this Court is directed to cooperate with the Fort Bend County Clerk and/or the court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP. P. 34.6(g)(2).

The exhibit is due in this Court no later than October 4, 2013.

It is so ORDERED.


Judge's signature: /s/ Laura Carter Higley_____
                                  Acting individually


Date:  September 24, 2013_____